**FILED**

Oct 01 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLICATION BY THE UNITED STATES FOR A SEIZURE WARRANT FOR 41 DOMAIN NAMES FOR INVESTIGATION OF 18 U.S.C. § 1956(a)(2)(A) AND OTHER OFFENSES | Case No. 4:24-71375 DMR<br><br>[PROPOSED] ORDER PARTIALLY UNSEALING DOCUMENTS, AUTHORIZING FILING OF REDACTED VERSIONS, AND UNSEALING DOCKET |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's seizure warrant application and the warrant and its attachments are hereby partially unsealed. All original, under seal filings shall remain under seal, however, the Clerk of Court shall file the redacted versions of the application and warrant. These redacted documents may appear on the public docket, which shall be unsealed and available through ECF.

IT IS SO ORDERED.

Date: September 30, 2024

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge

Order
Case No. 4:24-71375 DMR